1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
9

10 JOSE A. IRAHETA HERNANDEZ,        )   Case No. 2:20-cv-02349-JCM-BNW
                                     )
11                Plaintiff,         )
                                     )
12 vs.                               )   **JOINT STIPULATION FOR**
                                     )   **EXTENSION OF TIME FOR**
13 NATIONAL CONSUMER TELECOM &       )   **DEFENDANT NATIONAL CONSUMER**
   UTILIES EXCHANGE, INC; DIRECTV, LLC, ) **TELECOM & UTILITIES EXCHANGE,**
14                                   )   **INC. TO FILE ANSWER**
                                     )
15                Defendants.        )
                                     )   **FIRST REQUEST**
16

17       Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

18 requested an extension of time to answer, move or otherwise respond to the Complaint in this

19 matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

20 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

21 otherwise respond to the Complaint in this action is extended from February 1, 2021 through and

22 including **March 3, 2021**.  The request was made by NCTUE so that it can have an opportunity to

24 . . .

25 . . .

26 . . .

27 . . .

28

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

   Respectfully submitted, this 29th day of January, 2021.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/*Jeremy J. Thompson* | /s/*Michael Kind* |
| Jeremy J. Thompson | Michael Kind, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 13903 |
| 3800 Howard Hughes Pkwy, Suite 500 | KIND LAW |
| Las Vegas, NV 89169 | 8860 South Maryland Parkway, Suite 106 |
| Tel: (702) 862-8300 | Las Vegas, NV 89123 |
| Fax: (702) 862-8400 | Phone: (702) 337-2322 |
| Email: jthompson@clarkhill.com | Fax: (702) 329-5881 |
| | Email: mk@kindlaw.com |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | George Haines, Esq. |
| | Nevada Bar No. 9411 |
| | HAINES & KRIEGER, LLC |
| | 8985 S. Eastern Ave., Suite 350 |
| | Henderson, NV 89123 |
| | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | |
| | *Attorneys for Plaintiff* |

    **ORDER**
**IT IS SO ORDERED**

**DATED:** 1:16 pm, February 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**