ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
JACOB G. CLARK, ESQ.
Nevada Bar No. 15196
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
E-Mail: rschumacher@grsm.com
         jclark@grsm.com

*Attorneys for Defendant,*
*DIRECTV, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez,<br><br>                    Plaintiff,<br><br>v.<br><br>National Consumer Telecom &<br>Utilities Exchange, Inc., Directv, LLC,<br><br>                    Defendant. | CASE NO.: 2:20-CV-02349-JCM-BNW<br><br>**STIPULATION AND ORDER TO SET ASIDE PLAINTIFF'S DEFAULT OF DEFENDANT DIRECTV, LLC** |

///

///

///

///

///

///

///

///

///

///

-1-

# STIPULATION AND ORDER TO SET ASIDE PLAINTIFF'S DEFAULT OF DEFENDANT DIRECTV, LLC

Plaintiff JOSE A. IRAHETA HERNANDEZ ("Plaintiff"), by and through his counsel of record George Haines, Esq. and Gerardo Avalos, Esq. of the FREEDOM LAW FIRM, and Defendant DIRECTV, LLC ("DIRECTV"), by and through its counsel, Robert E. Schumacher, Esq. and Jacob Clark, Esq., of the law firm GORDON REES SCULLY MANSUKHANI LLP, hereby stipulate and request that this Honorable Court set aside the Entry of Default entered against DIRECTV, LLC on June 17, 2021 [ECF No. 14].

DIRECTV, LLC filed an answer to Plaintiff's Complaint on July 22, 2021.

WHEREFORE, the parties hereby respectfully request that this Court set aside its Entry of Default entered on July 2, 2021 [ECF No. 15] and any further relief the Court deems just and proper under the circumstances.

**IT IS SO STIPULATED.**

DATED this 23rd day of July 2021.

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ Jacob G. Clark
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
JACOB G. CLARK, ESQ.
Nevada Bar No. 15196
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
**Attorneys for Defendant,
DIRECTV, LLC**

DATED this 23rd day of July 2021.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
**Attorneys for Plaintiff
JOSE A. IRAHETA HERNANDEZ**

**IT IS SO ORDERED**

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: July 28, 2021

-2-