George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Jose A. Iraheta Hernandez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jose A. Iraheta Hernandez, | Case No.: 2:20-cv-02349-JCM-BNW |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and National Consumer Telecom & Utilities Exchange, Inc.** |
| National Consumer Telecom & Utilities Exchange, Inc., Directv, LLC, | |
| Defendant(s). | |

The dispute between Jose A. Iraheta Hernandez ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: August 19, 2021.

FREEDOM LAW FIRM

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jose A. Iraheta Hernandez*

## Order

Based on the notice of settlement (ECF No. 27), IT IS ORDERED that by 10/20/2021 the parties must file either dismissal documents or a joint status report about the status of settlement.

IT IS SO ORDERED
**DATED:** 4:08 pm, August 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**
